STATE v. HART

No. 77 PC.

Case below: 22 N.C. App. 738.

Petition of Attorney General for writ of certiorari to North Carolina Court of Appeals allowed 8 November 1974.

STATE v. KETCHIE

No. 79.

Case below: 22 N.C. App. 637.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question denied 13 November 1974.

STATE v. RICHARDSON

No. 92 PC.

Case below: 23 N.C. App. 33.

Petition for writ of certiorari to North Carolina Court of Appeals denied 8 November 1974. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 8 November 1974.

STATE v. ROBERTS

No. 85.

Cases below: 18 N.C. App. 388 and 22 N.C. App. 579.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 21 October 1974. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 21 October 1974.

STATE v. ROGERS

No. 101 PC.

Case below: 23 N.C. App. 142.

Petition for writ of certiorari to North Carolina Court of Appeals denied 8 November 1974. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 8 November 1974.